**SEALED**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '21 MJ0618

The person charged as Mena D. Yousif now appears before this United States District Court for an initial appearance as a result of the matter having been filed in the United States District Court for the District of Minnesota with: accessory after the fact, in violation of Title 18, United States Code, Section 3.

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: 02/17/2021

_____ (signature)

_____Jesus Guerrero_____ (print)
Deputy United States Marshal

Reviewed and Approved

DATE: 17 Feb 2021

_____ (signature)

__THOMAS MAGAÑA__ (print)
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

**COPY**

# UNITED STATES DISTRICT COURT  **SEALED**
for the
District of Minnesota

F#11130968

United States of America
v.

Mena D Yousif

*Defendant*

)
)
)
)
)
)
)

Case No. CR 20-113 (2) DSD/BRT

**RECEIVED**
By U.S. Marshal, Saint Paul, MN at 7:54 am, Jul 24, 2020

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Mena D Yousif,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ✓ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 2 - Accessory After the Fact, 18:3

Date: 07/24/2020

City and state: Minneapolis, MN

*Signature of Clerk or Deputy Clerk*

*Issuing officer's signature*

Kim Krulas, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 20-cr-113 (DSD/BRT)

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SUPERSEDING INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 3 |
| | 18 U.S.C. § 844(c) |
| v. | 18 U.S.C. § 844(i) |
| | 18 U.S.C. § 853(p) |
| 1.  JOSE A. FELAN, JR., | 18 U.S.C. § 982(a)(2)(B) |
| 2.  MENA D. YOUSIF, and | 18 U.S.C. § 982(b)(1) |
| 3.  MOHAMED HUSSEIN ABDI | 28 U.S.C. § 2461(c) |
| Defendants. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Arson)

On or about May 28, 2020, in the State and District of Minnesota, the defendant,

### JOSE A. FELAN, JR.,

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building used in interstate or foreign commerce and in activity affecting interstate or foreign commerce, namely, the Goodwill retail store located at 1239 University Avenue West, in St. Paul, Minnesota, all in violation of Title 18, United States Code, Section 844(i).

### COUNT 2
(Accessory After the Fact)

On or about May 28, 2020, through the present, in the State and District of Minnesota and elsewhere, the defendant,

SCANNED
JUL 23 2020
U.S. DISTRICT COURT MPLS

Case 3:21-mj-00618-JLB Document 1 Filed 02/17/21 PageID.4 Page 4 of 5
CASE 0:20-cr-00113-DSD-BRT Doc. 17 *SEALED* Filed 07/23/20 Page 2 of 3
United States v. Jose A. Felan, *et al.*

**MENA D. YOUSIF,**

knowing that an offense against the United States had been committed, to wit, arson as set forth in Count 1, did receive, relieve, comfort, and assist the offender, Jose A. Felan, Jr., in order to hinder and prevent the offender's apprehension, trial, and punishment, all in violation of Title 18, United States Code, Section 3.

### COUNT 3
(Arson)

On or about May 28, 2020, in the State and District of Minnesota, the defendant,

**JOSE A. FELAN, JR., and
MOHAMED HUSSEIN ABDI**

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building used in interstate or foreign commerce and in activity affecting interstate or foreign commerce, namely, the Gordon Parks High School located at 1212 University Avenue West, in St. Paul, Minnesota, all in violation of Title 18, United States Code, Section 844(i).

### COUNT 4
(Arson)

On or about May 28, 2020, in the State and District of Minnesota, the defendant,

**JOSE A. FELAN, JR.,**

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building used in interstate or foreign commerce and in activity affecting interstate or foreign commerce, namely, the 7 Mile Sportswear store located at 590

United States v. Jose A. Felan, *et al.*

University Avenue West, in St. Paul, Minnesota, all in violation of Title 18, United States Code, Section 844(i).

## FORFEITURE ALLEGATIONS

If convicted of Counts 1, 3, or 4 of this Superseding Indictment, the defendants, **MOHAMED HUSSEIN ABDI**, and/or **JOSE A. FELAN, JR.,** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in the violation.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY                    FOREPERSON