# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 21-mj-00618-JLB |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Mena D. Yousif | Booking No. 30324509 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 3/10/2021 the Court entered the following order:

- [X] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release.
- [X] Defendant released on $435,000 PS Bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case dismissed.
- [ ] Case dismissed, charges pending in case no.
- [X] Defendant to be release to Pretrial Services for electronic monitoring.
- [X] Other. Defendant to be released on Thursday, 3/11/2021 at 8:00 AM to PTSO William Perales (619-430-0014) for GPS monitoring.

BARBARA L. MAJOR

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by N. Peltier x 7099

Electronically Sent to USMS

Crim-9 (Rev. 05/20)

Original

# Natalie Peltier

| | |
|---|---|
| **From:** | Garcia, Melissa (USMS) on behalf of CAS Releases <CAS.Releases@usdoj.gov> |
| **Sent:** | Wednesday, March 10, 2021 1:19 PM |
| **To:** | Natalie Peltier |
| **Subject:** | Read: 21mj618-JLB Abstract |
| **Attachments:** | Read: 21mj618-JLB Abstract |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.